# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 06 C 01392 | **DATE** | 8/17/2007 |
| **CASE TITLE** | Belbachir vs. McHenry County, et al. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated in the attached Memorandum Opinion and Order, Plaintiff's Motion to Compel, Plaintiff's Motion for a Rule to Show Cause, and the Individual Capacity Federal Defendants' Motion for Reconsideration are granted in part. The discovery conference scheduled for 8/29/07 is rescheduled for 9/26/07 at 2:00.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|